# SCHEDULE A

| Doe# | AMZ_ASIN | AMZ_MERCHANT_ID | SELLER | ALLEGED_COUNTRY |
|---|---|---|---|---|
| 1 | B0BLL9T13B | A10PABF17OTZYU | Left Click Distribution LLC | US |
| 2 | B0B51VJRWB | A10RWGN4Y8CV73 | EmerDrLand | CN |
| 3 | B09K6PTGFT | A113WYBFPST3MZ | Hohez | CN |
| 3 | B0B28SKQJK | A113WYBFPST3MZ | Hohez | CN |
| 4 | B0BR4JVWWS | A12A1SNVCHIP3C | Neon Sunrise | US |
| 5 | B0B64BTV88 | A14OJ1VF3YPY83 | 7Twenty | US |
| 6 | B09DBZMZYM | A158GX06PONXZ | Busy Bee Inc. | CA |
| 6 | B09DBY83TM | A158GX06PONXZ | Busy Bee Inc. | CA |
| 6 | B0CFGNMCHK | A158GX06PONXZ | Busy Bee Inc. | CA |
| 7 | B0B75B6HSY | A15IWL5T6VIQQY | Cuspy | US |
| 8 | B0B6D7D5CC | A16PW7JODXLU7P | Klixa | US |
| 9 | B0BDGQ5TQV | A171QDDZPUWAZ0 | Burney Essentials | US |
| 10 | B0BC8MN9G4 | A17EBOPY73LUZY | Maegily | CN |
| 10 | B0B6DBBDR2 | A17EBOPY73LUZY | Maegily | CN |
| 11 | B0BWTYM6D3 | A17JJHO0HITD70 | Aged & Charred | US |
| 11 | B0BWTXP6Y2 | A17JJHO0HITD70 | Aged & Charred | US |
| 11 | B09B47CX61 | A17JJHO0HITD70 | Aged & Charred | US |
| 11 | B09XVJ8T3R | A17JJHO0HITD70 | Aged & Charred | US |
| 11 | B09BGRT2HM | A17JJHO0HITD70 | Aged & Charred | US |
| 12 | B0B8NYV6GN | A17L2EXH7R5YTU | The Royal Grous | US |
| 13 | B0BS1G36T7 | A190ORZHL8R24N | KobraKai Enterprise | US |
| 14 | B09WF9ZSH4 | A1AB90M6D6II7W | VRX Essentials | US |
| 15 | B0BLHJ9BZD | A1C5QF656RSUJ4 | HYLL Shop | CN |
| 15 | B0B1V23ZS2 | A1C5QF656RSUJ4 | HYLL Shop | CN |
| 16 | B0C1HH1NGC | A1DUF37IZN6668 | WONKYWARE | US |
| 17 | B09WTJCQN4 | A1EEIVG18A30DZ | Deals-Everywhere | CA |
| 18 | B0C71WNCLS | A1GQ7OVIMNSG09 | Sea Gear | US |
| 19 | B0BYNB74Q7 | A1GRYX679EXF26 | OGERY Direct | CN |
| 20 | B0B5Z53K5V | A1H38831DLHE12 | Homelife Artist | CN |
| 20 | B09SFSSMPD | A1H38831DLHE12 | Homelife Artist | CN |
| 20 | B0B5Z221XT | A1H38831DLHE12 | Homelife Artist | CN |
| 20 | B09KZX34TZ | A1H38831DLHE12 | Homelife Artist | CN |
| 20 | B09SFSSMPD | A1H38831DLHE12 | Homelife Artist | CN |
| 21 | B0BHYXFJPQ | A1HP0838O2303Y | Amazanm | CN |
| 22 | B0BN4RB6ZJ | A1KUP2KL6H95WC | RS Libations | US |
| 23 | B0C837684L | A1L1JA76ROOOJP | SoppingTown | CN |
| 24 | B0B8S9Z18Q | A1M6PC9M1WF65X | biyue | CN |
| 24 | B0BW3HGG69 | A1M6PC9M1WF65X | biyue | CN |
| 25 | B0CCVLVPXZ | A1MBTNH9UW3YB | JIAYU CANDLE-US | CN |
| 25 | B0CCVN4TBM | A1MBTNH9UW3YB | JIAYU CANDLE-US | CN |
| 26 | B0B68HTHXZ | A1MY1166P733GB | Keshiny US | CN |
| 27 | B09PTVFZV9 | A1OGKTZITUI6B3 | JZ US Direct | CN |
| 27 | B0BF9G42VW | A1OGKTZITUI6B3 | JZ US Direct | CN |
| 27 | B0BRP5FRWY | A1OGKTZITUI6B3 | JZ US Direct | CN |
| 27 | B0BYYLHG1P | A1OGKTZITUI6B3 | JZ US Direct | CN |
| 27 | B0BB2D6WGB | A1OGKTZITUI6B3 | JZ US Direct | CN |
| 28 | B0BPZMYKXG | A1OKZ73JLZG935 | USA Top Shop | US |
| 29 | B0BHFYL7XZ | A1PCJY1L70U4ZS | Simpson's Sellers | US |

| | | | | |
|---|---|---|---|---|
| 30 | B0B7MYG3RJ | A1U20TU79BTZX4 | AIMUCT-US | CN |
| 30 | B09WMT3CDT | A1U20TU79BTZX4 | AIMUCT-US | CN |
| 31 | B09LR4NF84 | A1UK3G0SMQY3TC | BearZzZ | CN |
| 32 | B0B9XCZ1PK | A1V91UUOS08W68 | ONU MALL Electronics Online Factory | CN |
| 33 | B0BXNWJNKP | A1WBQAEE9LL99I | TRISTEAFF | CN |
| 34 | B0BHHNQG9Q | A1WQ3MSSS3F9IX | Flint & Barrel | US |
| 35 | B0C6DQ5YX7 | A1WXD2H2LWYJ4G | AnwoStore | CN |
| 36 | B0BV3YTQ9K | A1X1P8TMKB0B4Y | ACE MOD | US |
| 37 | B0BH8TVM98 | A1YQ859AH02LOR | DISTILLAB | CN |
| 38 | B0C17Y1S5C | A1ZKR1XAYIGQCQ | DON-LL | US |
| 39 | B0BKGXNV87 | A1ZV9FB6LKA0UW | BY-BMH | FR |
| 40 | B0C2838N8S | A20DE4J9ATAYKF | Virtuous Shop, LLC | US |
| 41 | B0C9GVS9J5 | A229LTFE5AWYJF | TMEOIIPY | CN |
| 41 | B0C9GQMFPC | A229LTFE5AWYJF | TMEOIIPY | CN |
| 41 | B0BCF69CN9 | A229LTFE5AWYJF | TMEOIIPY | CN |
| 41 | B0BCDSC4N2 | A229LTFE5AWYJF | TMEOIIPY | CN |
| 41 | B0BQQV9859 | A229LTFE5AWYJF | TMEOIIPY | CN |
| 41 | B0BCDSTB6D | A229LTFE5AWYJF | TMEOIIPY | CN |
| 41 | B0BCDXJ5ML | A229LTFE5AWYJF | TMEOIIPY | CN |
| 41 | B09TQDCPLW | A229LTFE5AWYJF | TMEOIIPY | CN |
| 42 | B0CCNXN3Z3 | A22VLBI6WDARG1 | coateds | CN |
| 43 | B0B84H14QZ | A22VPGDHD50HOV | jizhong | CN |
| 43 | B0B84F442D | A22VPGDHD50HOV | jizhong | CN |
| 44 | B0BMLTHNGP | A23E5JQ2MCD9U1 | wuhanhanyi | CN |
| 45 | B0B649S8RW | A23HOHV461MTXM | HEESTORY | KR |
| 46 | B09MKGKFLB | A23RJ7A8WP75OA | vernilla | CN |
| 46 | B09LHT66LY | A23RJ7A8WP75OA | vernilla | CN |
| 47 | B0CFVZNRYX | A23TRRWU2QKSMR | Mood Elevation | US |
| 48 | B0BG7JJB18 | A23VFLTDQNR4ZL | TayRae Designs | US |
| 49 | B0C5791SZH | A246BQKIH9KUXB | Rakiyada | CN |
| 50 | B0C9SSMV9D | A248158ORFG5RW | Yunlou | CN |
| 51 | B0BKP9VVSM | A259PA9KZJB8SO | AZBestPro | CN |
| 51 | B0BVDPGNNM | A259PA9KZJB8SO | AZBestPro | CN |
| 51 | B0BKPF5G7V | A259PA9KZJB8SO | AZBestPro | CN |
| 52 | B0B99TF5CH | A25K29JBJI7IOE | Brewise | US |
| 53 | B0BNKD74LG | A26KYEYDT1LGCX | Quono Products | CA |
| 54 | B09XFHTR1K | A2819WF3RH2IA1 | SmokeBar Shop | CN |
| 55 | B0BX4R36ZC | A289RSFUP3M4EQ | NectarX | HU |
| 56 | B0BRVFHM4P | A2CAFMX4GNRP6A | Salley Inc | CN |
| 57 | B0BGGWR81G | A2D9U0EJISUEUB | DE YOU | CN |
| 58 | B0BYVFSV8Z | A2FLHMTEX8BJZL | Rony express llc | US |
| 59 | B09YHZY999 | A2GD7MKVHWT8B7 | KOVIZE | CN |
| 60 | B0BJ23VMCM | A2H1DDVS3A78N1 | Dzanken | CN |
| 61 | B0C2YWZMNC | A2H61C4MR8MB0B | CREATIVECHEF | CN |
| 61 | B0BRZV6HL9 | A2H61C4MR8MB0B | CREATIVECHEF | CN |
| 61 | B08QVTWVZ8 | A2H61C4MR8MB0B | CREATIVECHEF | CN |
| 62 | B0BJVL5SXT | A2HN2MQA1JOY9L | KANGWeite | CN |
| 63 | B0BGG7VG69 | A2JLKXKB0OBM2D | EcommAtom LLC | US |
| 64 | B0BP8K1Y99 | A2JOAUTUFKKHSI | giftinabox | CA |
| 65 | B0B3LR8BKC | A2KGAW3C4EKHTZ | YIcheng | CN |

| | | | | |
|---|---|---|---|---|
| 66 | B0BKGWQSJ9 | A2KYPA6FO1OWM3 | Harris Products LLC | US |
| 67 | B0BBSNRVSR | A2LAQ9KA0JIYLB | Singing Monk | CA |
| 68 | B0B9P28J83 | A2LPHJYZ4PW9AA | Tnstbiee/ Guanzhaoyun | CN |
| 68 | B0BQRG43B6 | A2LPHJYZ4PW9AA | Tnstbiee/ Guanzhaoyun | CN |
| 69 | B09VHBGKL1 | A2M5KL2SZ3JFXK | MUSEWISH | CN |
| 70 | B0B2YTT9FR | A2ME111CJPMLBF | SIMPL CO | US |
| 71 | B0C5JW8HHR | A2NPMSJV85Q1TH | OL77 | CA |
| 72 | B0BY8CCYWS | A2OJBLBJK5BPXY | STOCKLOUD | KR |
| 73 | B0BS1M9K78 | A2OO8DKK2WMXL6 | Winston Project | CA |
| 74 | B0BJ6BF1SY | A2QGGKM87OVE6G | Hanstar | CN |
| 75 | B0CCSBJ4C6 | A2SZBBRFXB6V5W | Chaeumdotcom | KR |
| 76 | B0BZ7K36Y4 | A2T6AIBCDQXRYH | RAXSEG US | CN |
| 77 | B0BF517C4S | A2TJ8X69ZSD3XC | Tangzhen | CN |
| 78 | B0C68D3CBD | A2U0EIYVY0A98V | Younger-Ris | CN |
| 79 | B0C85NZYBD | A2U55VA1ZR5EUU | Aumpkin | CN |
| 79 | B0BX5YMDDL | A2U55VA1ZR5EUU | Aumpkin | CN |
| 80 | B09VSDJYBY | A2VJ5I91TKP9SJ | AberdeenOak | US |
| 81 | B0CC3KDJQN | A2VQ7PD3QF4SO2 | Pro-Online | AR |
| 82 | B0B9FS76J8 | A2WF6TRM4ZVSPW | Good Life Vault | US |
| 83 | B0BL5M4DVD | A2XBG52UIE349B | msl installation services llc | US |
| 84 | B0BJQCMZ5J | A2XTAPI7V1AOS3 | LUXINCO | KR |
| 85 | B0C3YH8XY7 | A2XXOSEV8B88XA | Fine Goods Co | US |
| 85 | B0C3YGVDVL | A2XXOSEV8B88XA | Fine Goods Co | US |
| 86 | B0BL8CSMHF | A2Y53TWEFQ6874 | Higher Order Smokers | US |
| 87 | B09QC3MQ3R | A2YN9MPGXWUONN | BunniFair | CN |
| 88 | B0C2HHXSDM | A2YSB504JU704C | Glantop Direct | CN |
| 89 | B0B1NWBCW4 | A2ZJ2VLZ6BS1RI | GlowlStore | US |
| 90 | B0BG6FYGY1 | A30FIRXJGK2E9H | Futura+ Products | US |
| 91 | B0CC753ZHT | A31D2GC8R52NUS | EnnovaTools | US |
| 91 | B0B1CPW5YP | A31D2GC8R52NUS | EnnovaTools | US |
| 92 | B0BSQX3LQG | A325TY89740GP4 | K&T Products | US |
| 93 | B0C2HN8MMR | A32EH75LJ11UPE | peakeep | CN |
| 94 | B0C8HHVDBM | A34VL7YFRPPQJN | SANTI-US | CN |
| 95 | B0BCTWPQRR | A35MKYPY86OF3V | Woody Flavors | US |
| 95 | B0C3QQ6P8J | A35MKYPY86OF3V | Woody Flavors | US |
| 96 | B0BS66LSN4 | A38A1F2K3YYY1X | Relaxhik | CN |
| 97 | B0C27FNQGP | A391WPZKO9YOQY | fahe6 | CN |
| 98 | B0C6LQYDL1 | A397D666G1VHVK | Earth Smoke Spirit. | US |
| 99 | B0CDMGSQBG | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 100 | B0CDHM65K4 | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 100 | B0CDMDD6ZY | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 100 | B0CDMD85LS | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 100 | B0CDHMM6RZ | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 100 | B09TWLJ996 | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 100 | B0CDHMRP8Z | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 100 | B0CDHLW49H | A39KJABNXR68CO | HomeWetBar Gifts | US |
| 101 | B0B7JBJG53 | A3AGVHTS1YTTMY | FENREDCHEN | CN |
| 102 | B0BSYPCRQ6 | A3AWLQQ72QSTX9 | nixxi | US |
| 103 | B0BZJFMMF1 | A3C8Z2IDONTGMA | Hgsoor Store | CN |
| 104 | B09Q5LPPZB | A3CX269BJ939SM | LOVIFO | CN |

| | | | | |
|---|---|---|---|---|
| 105 | B0C3RMLTTJ | A3DMOR819ESPRT | The Kitchen Genius | GB |
| 106 | B0B4SJNKVS | A3DMOR819ESPRT | Smokeologist | GB |
| 107 | B0BBVW854G | A3ECC7YCSHUF5N | Alsafrakaz | IL |
| 108 | B0BFVMWQH8 | A3EV1BTQ09AYMF | Bourbon Haze | US |
| 109 | B0B3615JPL | A3F65AA419TXWI | U-Neat | US |
| 110 | B0B2J977WJ | A3FICF2ITPZ6TG | VOYAGER-US | CN |
| 111 | B09JS17GZM | A3ITMN7TLDLXFM | Geesta BRAND | US |
| 112 | B0BJKDR17S | A3JN8LYAVWENF | Flexicom, Inc | US |
| 113 | B0CDGM5DBD | A3L2OOJSMQ9KCZ | CY SUNSHINE TRADE INC | US |
| 114 | B0C3XJRKRJ | A3L787JAS80GZG | Gloriser Store | CN |
| 115 | B0B644NY3D | A3LEJMNRLO0SX8 | Taigin US | CN |
| 115 | B09JMVWXL9 | A3LEJMNRLO0SX8 | Taigin US | CN |
| 115 | B0CLCNGBR2 | A3LEJMNRLO0SX8 | Taigin US | CN |
| 115 | B0CLLB3R8P | A3LEJMNRLO0SX8 | Taigin US | CN |
| 115 | B0B644NY3D | A3LEJMNRLO0SX8 | Taigin US | CN |
| 116 | B09LCHNK1T | A3NAETLTUC58PB | RAISE GLOBAL | CN |
| 117 | B0BQCRLFQK | A3OQROR2MEVWXJ | ALL HOME AND KITCHEN ESSENTIALS | US |
| 118 | B0B8M3MTFF | A3Q18UDFGDGAR0 | Chunba Style | DO |
| 119 | B0BR1GB46R | A3QOKS1WJSOH79 | Innovative Quality Products | US |
| 120 | B09MQKCW1Z | A3RMSZV5N3V5AR | Shenzhenshi Yuewang Wangluokeji Youxian Gongsi | CN |
| 121 | B0CG683H2J | A3SETKJOPBM0E9 | ACBULK US store | CN |
| 122 | B0C699RH8D | A3SFMNHSL4TASR | Uxmok-US | CN |
| 123 | B09WW5LK52 | A3U77H4ZDH2LYZ | The Social Place | US |
| 124 | B09SH7QN42 | A3UXA3DBV4H7SY | Stash Direct | US |
| 125 | B0C1V6PLYG | A3X3QN4RAJMD8 | YLyycc | CN |
| 126 | B0CGQZQJRS | A43EUXHRFBO77 | Sumapner | CN |
| 127 | B0BGMYHTTS | A4RHKLUVGGDQX | shenzhenshihengchengshengshiyeyouxiangongsi | CN |
| 128 | B0CF583ZCY | A5JLAMYZK3CRZ | zhongting | CN |
| 129 | B0C6DX1BSY | A7XKJVFGPQIVW | zhizhixin01 | CN |
| 130 | B0CL46M4M9 | AARD7CLQOHCXE | Domxty US Store | CN |
| 131 | B0BZRFRQ9X | AB7TU7KNSDCAA | Tianana | CN |
| 132 | B0BD56CX25 | ABNHHYZVECF3H | Childbase | CN |
| 133 | B0BDDJVVHR | AD2BKC6A1MB97 | limixxtu | CN |
| 134 | B0BMPDT8XH | AGP0Y5U9V6RTV | EACHHOME | CN |
| 134 | B09WW7KZNM | AGP0Y5U9V6RTV | EACHHOME | CN |
| 134 | B0BBM671P3 | AGP0Y5U9V6RTV | EACHHOME | CN |
| 134 | B0BN7JXW87 | AGP0Y5U9V6RTV | EACHHOME | CN |
| 135 | B0BT754LZ4 | AGSHM3ZZM41NU | Kesgosda Store | CN |
| 136 | B0CBZL378V | AH3SXMUZAY5LU | KidNest | CA |
| 137 | B0C2V167BQ | AH9S7DPGU1621 | YIYUN CO.,LTD | CN |
| 138 | B0BV23TJ6J | AHKQYXFR9L07G | LNSLNM | CN |
| 139 | B0BL1BW3Z3 | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL18GWKJ | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL18Z5K7 | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL1BLZW6 | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL15X49L | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL17CPC2 | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL199884 | AI8KQXV7XCDH1 | homia | US |
| 139 | B09Q924QQ4 | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BNW2CXCS | AI8KQXV7XCDH1 | homia | US |

4

| | | | | |
|---|---|---|---|---|
| 139 | B09Q91F9F5 | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL7Q49XL | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL7QGBJJ | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL19BRKT | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BM4SZWLY | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BRY9YFBV | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BNVY9S9S | AI8KQXV7XCDH1 | homia | US |
| 139 | B0BL7SGQZ8 | AI8KQXV7XCDH2 | homia | US |
| 140 | B0BQRDKHSR | AIMKXFY9ZWECW | Longing home | CN |
| 140 | B0BVM5P8NG | AIMKXFY9ZWECW | Longing home | CN |
| 141 | B0B5GZY74F | AIRUV7JSF4LFX | Bypower | CN |
| 141 | B09WCNJN6K | AIRUV7JSF4LFX | Bypower | US |
| 141 | B0B5H2R588 | AIRUV7JSF4LFX | Bypower | CN |
| 141 | B0B5H197LX | AIRUV7JSF4LFX | Bypower | CN |
| 142 | B09ZY864VK | AIW3ELUIMUT4F | US Ful Choices | CN |
| 143 | B0CCKVBBMH | AJHCW8OW2FNTX | OKYWILL DIRECT | CN |
| 143 | B0BX8M3NRX | AJHCW8OW2FNTX | zhonghong-us | CN |
| 143 | B09VB5QHPQ | AJHCW8OW2FNTX | OKYWILL DIRECT | CN |
| 143 | B0BKK82FLX | AJHCW8OW2FNTX | zhonghong-us | CN |
| 144 | B0B9V51JBM | AMX8V5LCTI7PC | Smoktail | US |
| 145 | B0C5C84W36 | AN22TU2JEH5ZF | Royal Smoke Shop | US |
| 146 | B09NDMGJ1H | AOSYL6PAEEK2E | sovia | CN |
| 146 | B09NDFWG1X | AOSYL6PAEEK2E | sovia | CN |
| 147 | B0BNQG2CF5 | APK9AIDLNED88 | Passion Pub | NL |
| 148 | B0B44PWVLR | AR54O0WIKDWBH | ZACKOO | CN |
| 149 | B0BR5FYJY6 | AU2CQHOF67EAK | RoRood US | CN |
| 150 | B0BWY77LD8 | AUARG77DAOPRO | Ziissup | CN |
| 151 | B0C6GVNB7F | AUWK9AWBD64OQ | Brave Stock | ID |
| 152 | B0C7BG4JQ4 | AV8KDHI9VW70K | XIAOXINCHAO | CN |
| 153 | B0BRLDV2VH | AW2S0MYSF0F3U | EMKA LLC | US |
| 154 | B0BJ7RTPVR | AWFBXHESU4G1I | The Cotton Tail | US |
| 155 | B0CBR8KZS4 | AWGUNKV5A8ZCJ | ZHI-TONG TRADING CO., LTD. | KH |
| 156 | B0CD7B759G | AXXFC4DNE9LKB | xianfeibotedangshangmaoyouxiangongsi | CN |
| 157 | B0C8SCDN46 | AY341BUU2FYUA | Ti Long Xiao | CN |
| 158 | B0CG8Z8F4R | AYBZ8JO1CUJC7 | Wanron | CN |
| 159 | B0C937LFM1 | AZQ2GNFGDW4PR | Huayuan US | CN |
| 160 | B09Y8C67ZP | AZQ9AD0178Q0J | One Charm Thing | CA |
| 161 | B0C2C1VF4R | AWXY9MLZFVUR3 | AWAZOLMN | CN |