# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Kendal M. Sheets**
Attorney for Plaintiff

Electronic Device(s): **Dell Laptop, Lenovo Laptop, Remarkable Tablet, Two (2) Motorola Mobile Phones**

Purpose and Location Of Use: For attorney's reference at 12/1/2023, 10:00am hearing.

Case No.: **1:23-cv-1563**

Date(s) Authorized: **12/1/2023**

IT Clearance Waived: _____(Yes)   _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                IT Staff Member                     Date(s)

**IT clearance must be completed, unless waived, before court appearance.**