## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Kendal M. Sheets**

**Attorney for Plaintiff**

Electronic Device(s): **Dell Laptop, Lenovo Laptop, Remarkable Tablet, Two (2) Motorola Mobile Phones**

Purpose and Location Of Use: For attorney's reference at 12/1/2023, 10:00am hearing.

Case No.: 1:23-cv-1563

Date(s) Authorized: 12/1/2023

IT Clearance Waived: _____(Yes)     _____(No)

APPROVED BY:

/s/ Michael S. Nachmanoff
United States District Judge
United States District/Magistrate/Bankruptcy Judge

Date: 11/29/23

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____    _____
                    IT Staff Member                   Date(s)

IT clearance must be completed, unless waived, before court appearance.