# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

THOUSAND OAKS BARREL CO., LLC
a Virginia limited liability company,

    Plaintiff,

v.

THE PARTNERSHIPS, COMPANIES, and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

Civil Action No.: 1:23-cv-01563- MSN-LRV

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 27, JZ US Direct, Amazon Merchant ID A1OGKTZITUI6B3, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement.

Executed on December 7, 2023

Respectfully submitted,

WHITESTONE LAW PLLC
by Counsel

*/s/   Kendal M. Sheets*
By:  Ken Sheets (VSB No. 44537)
WHITESTONE LAW, PLLC
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
Telephone: 703-489-8937
Facsimile: (703) 890-9418

ksheets@whitestone.law
Joseph Zito (Pro Hac)
Telephone (202) 466-3500
jzito@whitestone.law

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                __/s/__Kendal M. Sheets
                                                By: Kendal Sheets
                                                (VSB No. 44537)
                                                WHITESTONE LAW, PLLC
                                                1850 Towers Crescent Plaza, #550
                                                Tysons, Virginia 22182
                                                Telephone: 703-489-8937
                                                Facsimile: (703) 890-9418
                                                ksheets@whitestone.law
                                                ksheets@sheetspatent.com

                                                *Attorney for Plaintiff*