**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, a Virginia limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>  Defendants. | Case No. 1:23-cv-01563-MSN-LRV |

**DEFENDANT DIGITAL DISTILLERY LLC'S <u>EMERGENCY</u> MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

Defendant Digital Distillery LLC ("Digital Distillery"), through its undersigned counsel, hereby moves the Court to Dissolve its Temporary Restraining Order (ECF 14) only as against Defendant Digital Distillery. For the reasons set forth in the Defendant's accompanying memorandum and declaration in support thereof, Defendant respectfully requests that this Court dissolve its temporary restraining order freezing the Amazon.com assets and online store of Defendant Digital Distillery.

A proposed order is attached.

I certify that a good faith effort has been made to resolve this matter prior to filing this motion.

|  |  |
|---|---|
| DATED December 7, 2023. | Respectfully submitted,<br>LAW OFFICES OF CRAIG C. REILLY, ESQ.<br>by Counsel<br><br>/s/ Craig C. Reilly<br>By: Craig C. Reilly<br>VSB #20942<br>LAW OFFICES OF CRAIG C. REILLY, ESQ.<br>209 Madison Street, Suite 501<br>Alexandria, Virginia 22314<br>craig.reilly@ccreillylaw.com<br>Phone: 703-549-5354<br>Fax: 703-549-5355<br><br>*Of counsel:*<br>Brian N. Platt (*pro hac vice* to be filed)<br>Utah State Bar No. 17099<br>Kenneth J. Dyer (*pro hac vice* to be filed)<br>Cal. State Bar No. 191192<br>WORKMAN NYDEGGER<br>60 East South Temple Suite 1000<br>Salt Lake City, Utah 84111<br>(801) 533-9800 (main line)<br>(801) 328-1707 (facsimile)<br>bplatt@wnlaw.com<br><br>*Attorneys for Digital Distillery LLC* |