IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, a Virginia limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 1:23-cv-01563-MSN-LRV |

**<u>JOINT</u> MOTION TO
DISSOLVE TEMPORARY RESTRAINING ORDER
AND TO SEVER AND TRANSFER
AS TO DEFENDANT DIGITAL DISTILLERY LLC**

Plaintiff Thousand Oaks Barrel Co., LLC ("TOB") and Defendant Digital Distillery LLC ("Digital Distillery") jointly move for entry of the attached proposed order for the following relief: (1) to dissolve the Temporary Restraining Order (ECF 14) as against Digital Distillery; (2) to sever the claims as against Digital Distillery; and (3) to transfer the action as against Digital Distillery to the United States District Court for the Western District of Missouri, Western Division.

A proposed order is attached.

*The parties do not seek a hearing on this procedural motion.*

**JOINTLY SUBMITTED** this 8th day of December 2023.

| | |
|---|---|
| /s/ Kendal M. Sheets<br>By: Ken Sheets VSB # 44537<br>WHITESTONE LAW<br>1850 Towers Crescent Plaza, #550<br>Tysons, Virginia 22182<br>Phone: 703-489-8937<br>Fax: (703) 890-9418 ksheets@whitestone.law<br>ksheets@sheetspatent.com<br><br>*Attorney for Thousand Oaks Barrel Co., LLC* | /s/ Craig C. Reilly<br>By: Craig C. Reilly VSB #20942<br>209 Madison Street, Suite 501<br>Alexandria, Virginia 22314<br>craig.reilly@ccreillylaw.com<br>Phone: 703-549-5354<br>Fax: 703-549-5355 |
| | *Of counsel:*<br>Brian N. Platt<br>Utah State Bar No. 17099<br>Kenneth J. Dyer<br>Cal. State Bar No. 191192<br>WORKMAN NYDEGGER<br>60 East South Temple Suite 1000<br>Salt Lake City, Utah 84111<br>(801) 533-9800 (main line)<br>(801) 328-1707 (facsimile)<br>bplatt@wnlaw.com<br><br>*Attorneys for Digital Distillery LLC* |