IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:23-cv-01563-MSN-LRV |

**ORDER PARTIALLY DISSOLVING TEMPORARY RESTRAINING ORDER AND AWARDING OTHER RELIEF**

THIS MATTER is before the Court on the joint motion filed by Plaintiff and Defendant Digital Distillery LLC ("Digital Distillery") for the following relief: (1) to dissolve the Temporary Restraining Order (ECF 14) as against Digital Distillery; (2) to sever the claims as against Digital Distillery; and (3) to transfer the action as against Digital Distillery to the United States District Court for the Western District of Missouri, Western Division.  Upon consideration of the joint motion, there being no opposition, and it appearing proper to do so, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED as follows:

1. The Temporary Restraining Order (ECF 14) is hereby DISSOLVED as against Defendant Digital Distillery.

2. Amazon.com shall immediately release the following accounts:

| AMZ_ASIN | AMZ_MERCHANT_ID | SELLER |
|---|---|---|
| B0BWTYM6D3 | A17JJHO0HITD70 | Aged & Charred |
| B0BWTXP6Y2 | A17JJHO0HITD70 | Aged & Charred |
| B09B47CX61 | A17JJHO0HITD70 | Aged & Charred |
| B09XVJ8T3R | A17JJHO0HITD70 | Aged & Charred |
| B09BGRT2HM | A17JJHO0HITD70 | Aged & Charred |

3. Except as modified herein, the Temporary Restraining Order (ECF 14) remains in full force and effect until December 15, 2023.

4. The claims against Digital Distillery are hereby SEVERED from this action pursuant to Rule 21.

5. The action as against Digital Distillery (*i.e.*, the severed claims) is hereby TRANSFERRED to the United States District Court for the Western District of Missouri, Western Division.

ENTERED this ____ day of December 2023.

Alexandria, Virginia

/s/
Michael S. Nachmanoff
United States District Judge