UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC,<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>*Defendants.* | Case Number 1:23-cv-1563 (MSN/LRV) |

## ORDER

Upon consideration of Plaintiff's Notice of Voluntary Dismissal (Dkt. 15) pursuant to Rule 41(a)(1)(a)(i), it is hereby

**ORDERED** that Plaintiff's claims against Defendant No. 27, JZ US Direct (Amazon Merchant ID A1OGKTZITUI6B3) are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

December 11, 2023
Alexandria, Virginia