**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| THOUSAND OAKS BARREL CO., LLC<br>a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No.: 1:23-cv-01563- MSN-LRV |

**NOTICE OF VOLUNTARY DISMISSAL**
**UNDER FRCP 41**

Plaintiff hereby seeks to dismiss, and voluntarily dismisses, the above action against the Defendant No. 102, Nixxi, Amazon Merchant ID A3AWLQQ72QSTX9, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement.

Pursuant to Rule 65(b)(4), Plaintiff also hereby seeks to dissolve the December 1, 2023, Temporary Restraining Order, Dkt. 14, as to Defendant No. 102, Nixxi, Amazon Merchant ID A3AWLQQ72QSTX9.

Executed on December 11, 2023                          Respectfully submitted,

                                                                              WHITESTONE LAW PLLC
                                                                              by Counsel

   <u>*/s/  Kendal M. Sheets*</u>
By:  Ken Sheets (VSB No. 44537)
WHITESTONE LAW, PLLC
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
Telephone: 703-489-8937
Facsimile: (703) 890-9418
ksheets@whitestone.law
Joseph Zito (Pro Hac)
Telephone (202) 466-3500
jzito@whitestone.law

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                __/s/__Kendal M. Sheets
                                                By:  Kendal Sheets
                                                (VSB No. 44537)
                                                WHITESTONE LAW, PLLC
                                                1850 Towers Crescent Plaza, #550
                                                Tysons, Virginia 22182
                                                Telephone: 703-489-8937
                                                Facsimile: (703) 890-9418
                                                ksheets@whitestone.law
                                                ksheets@sheetspatent.com

                                                *Attorney for Plaintiff*