**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC<br>a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No.: 1:23-cv-01563- MSN-LRV |

**NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41**

Plaintiff hereby seeks to dismiss, and voluntarily dismisses, the above action against the Defendant No. 85, Fine Goods Co, Amazon Merchant ID A2XXOSEV8B88XA, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement.

Executed on December 12, 2023    Respectfully submitted,

WHITESTONE LAW PLLC
by Counsel

   /s/   *Kendal M. Sheets*
By:  Ken Sheets (VSB No. 44537)
WHITESTONE LAW, PLLC
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
Telephone: 703-489-8937
Facsimile: (703) 890-9418

1

                ksheets@whitestone.law
                Joseph Zito (Pro Hac)
                Telephone (202) 466-3500
                jzito@whitestone.law

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        __/s/__Kendal M. Sheets
        By:  Kendal Sheets
        (VSB No. 44537)
        WHITESTONE LAW, PLLC
        1850 Towers Crescent Plaza, #550
        Tysons, Virginia 22182
        Telephone: 703-489-8937
        Facsimile: (703) 890-9418
        ksheets@whitestone.law
        ksheets@sheetspatent.com

*Attorney for Plaintiff*