IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC<br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:23-cv-01563-(MSN/LRV)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Civil Rule 7(j) and Federal Rule of Civil Procedure 78(b), Plaintiff Thousand Oaks Barrel Co., LLC, waives an oral hearing, and requests that a decision on Plaintiff's *Ex Parte* Motion for Extension of Temporary Restraining Order Against Certain Defendants be determined on the briefs.

1

Date: December 14, 2023

    Respectfully submitted,
    WHITESTONE LAW PLLC
    by Counsel

    __/s/__ Kendal M. Sheets
    By:  Ken Sheets
    Virginia bar number 44537
    Joseph J. Zito (*pro hac vice*)
    WHITESTONE LAW
    1850 Towers Crescent Plaza, #550
    Tysons, Virginia 22182
    Phone: 703-489-8937
    Fax: (703) 890-9418
    ksheets@whitestone.law
    jzito@whitestone.law

    *Attorneys for Plaintiff*