IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, a Virginia limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No. 1:23-cv-01563-MSN-LRV |

**ORDER PARTIALLY DISSOLVING TEMPORARY RESTRAINING ORDER**

This matter is before the Court on the joint motion filed by Plaintiff and Defendant Ogery Direct to dissolve the Temporary Restraining Order (ECF 14) as against Ogery Direct. Upon consideration of the joint motion, there being no opposition, and it appearing proper to do so, it is hereby

ORDERED that the motion (Dkt. 37) is GRANTED, and it is further ORDERED as follows:

1. The Temporary Restraining Order (ECF 14) is hereby DISSOLVED as against Defendant Ogery Direct.

2. Amazon.com shall immediately release the following account:

| AMZ_ASIN | AMZ_MERCHANT_ID | SELLER |
|---|---|---|
| B0BYNB74Q7 | A1GRYX679EXF26 | Ogery Direct |

3. Except as modified herein, the Temporary Restraining Order (ECF 14) remains in full force and effect until December 15, 2023.

ENTERED this \_\_\_14th\_\_\_ day of December 2023.

Alexandria, Virginia

/s/
Michael S. Nachmanoff
United States District Judge