UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THOUSAND OAKS BARREL CO., LLC,
*Plaintiff,*

v.

THE PARTNERSHIPS, COMPANIES, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,
*Defendants.*

Case Number 1:23-cv-1563 (MSN/LRV)

## ORDER

Upon consideration of Plaintiff's Notice of Voluntary Dismissal (Dkt. 40) pursuant to Rule

41(a)(1)(a)(i), it is hereby

**ORDERED** that Plaintiff's claims against Defendant No. 17, Deals-Everywhere (Amazon

Merchant ID A1EEIVG18A30DZ) are hereby **DISMISSED WITHOUT PREJUDICE**; and it is

further

**ORDERED** that the Temporary Restraining Order (Dkt. 14) is dissolved as to Defendant

No. 17, Deals-Everywhere.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

December 14, 2023
Alexandria, Virginia