**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

THOUSAND OAKS BARREL CO., LLC
a Virginia limited liability company,

Plaintiff,

v.

THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

**Civil Action No.: 1:23-cv-01563- MSN-LRV**

**NOTICE OF CORRECTION OF NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41**

Plaintiff filed a Notice of Voluntary Dismissal (ECF 44) that contained a typographical error. The Defendant seeking dismissal is Defendant No. 141, not No. 140. The name and Merchant ID of the Defendant was correct.

Thus, Plaintiff hereby seeks to dismiss, and voluntarily dismisses, the above action against the Defendant No. 141, Bypower, Amazon Merchant ID AIRUV7JSF4LFX, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement.

Executed on December 15, 2023

Respectfully submitted,

WHITESTONE LAW PLLC
by Counsel

*__/s/__Kendal M. Sheets*
By: Ken Sheets (VSB No. 44537)
WHITESTONE LAW, PLLC
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
Telephone: 703-489-8937
Facsimile: (703) 890-9418
ksheets@whitestone.law
Joseph Zito (Pro Hac)
Telephone (202) 466-3500
jzito@whitestone.law

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

__/s/__Kendal M. Sheets
By:  Kendal Sheets
(VSB No. 44537)
WHITESTONE LAW, PLLC
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
Telephone: 703-489-8937
Facsimile: (703) 890-9418
ksheets@whitestone.law
ksheets@sheetspatent.com

*Attorney for Plaintiff*