IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|   |   |
|---|---|
| THOUSAND OAKS BARREL CO., LLC<br>a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No.: 1:23-cv-01563- MSN-LRV |

**NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41**

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 64, giftinabox, Amazon Merchant ID A2JOAUTUFKKHSI, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure.  The Defendant has neither answered nor filed a motion for summary judgement.

Executed on December 23, 2023

Respectfully submitted,

WHITESTONE LAW PLLC
by Counsel

__/s/__ *Kendal M. Sheets*
By:  Ken Sheets (VSB No. 44537)
WHITESTONE LAW, PLLC
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
Telephone: 703-489-8937
Facsimile: (703) 890-9418

ksheets@whitestone.law  
Joseph Zito (Pro Hac)  
Telephone (202) 466-3500  
jzito@whitestone.law

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2023, I filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    __/s/__Kendal M. Sheets
By:  Kendal Sheets
(VSB No. 44537)
WHITESTONE LAW, PLLC
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
Telephone: 703-489-8937
Facsimile: (703) 890-9418
ksheets@whitestone.law
ksheets@sheetspatent.com

*Attorney for Plaintiff*