IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, a Virginia limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>  Defendants. | Case No. 1:23-cv-01563-MSN-LRV |

**ORDER PARTIALLY DISSOLVING TEMPORARY RESTRAINING ORDER**

THIS MATTER is before the Court on the joint motion filed by Plaintiff, Thousand Oaks Barrel, LLC ("TOB"), and Defendant No. 59, Guizhou Wei Shi Ke Ji You Xian Gong Si *dba* Kovize ("GWSK"), to dissolve the TRO (ECF 14, as extended ECF 62) as against GWSK and to confirm that TOB's pending motion for a preliminary injunction (ECF No. 66) does not seek any relief against GWSK. Upon consideration of the joint motion, there being no opposition thereto, and it appearing proper to do so, it is hereby

ORDERED that the motion is GRANTED, and the Temporary Restraining Order (ECF 14, as extended ECF 62) is hereby DISSOLVED as against Defendant GSWK; and it is further

ORDERED that TOB's pending motion for a preliminary injunction (ECF No. 66) does not include a request for any relief as against GWSK; and it is further

ORDERED that Amazon.com shall immediately release the following account:

| AMZ_ASIN | AMZ_MERCHANT_ID | SELLER |
|---|---|---|
| B09YHZY999 | A2GD7MKVHWT8B7 | KOVIZE |

Except as modified herein, the Temporary Restraining Order (ECF 14, as extended ECF 62) remains in full force and effect until January 3, 2024.

ENTERED this _____ day of _____ 2023.

Alexandria, Virginia

_____
Michael S. Nachmanoff
United States District Judge