UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC,<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>*Defendants.* | Case Number 1:23-cv-1563 (MSN/LRV) |

### **ORDER**

Upon consideration of Plaintiff's Notices of Voluntary Dismissal (Dkt. 77, 79, 80, 81, 82, 83, 84) pursuant to Rule 41(a)(1)(a)(i), it is hereby

**ORDERED** that Plaintiff's claims against Defendant No. 1, Left Click Distribution LLC (Amazon Merchant ID A10PABF17OTZYU), Defendant No. 70, SIMPL CO (Amazon Merchant ID A2ME111CJPMLBF), Defendant No. 52, Brewise (Amazon Merchant ID A25K29JBJI7IOE), Defendant No. 18, Sea Gear (Amazon Merchant ID A1GQ7OVIMNSG09), Defendant No. 114 Gloriser Store (Amazon Merchant ID A3L787JAS80GZG), Defendant No. 64 giftinabox (Amazon Merchant ID A2JOAUTUFKKHSI), and Defendant No. 81 Pro-Online (Amazon Merchant ID A2VQ7PD3QF4SO2) are hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Temporary Restraining Order (Dkt. 14) is dissolved as to the above-listed Defendants.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

December 27, 2023
Alexandria, Virginia