IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:23-cv-01563-MSN-LRV |

**DEFENDANT GWSK'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(2), (4) & (5)**

PURSUANT TO Rule 12(b)(2), (4) & (5), Defendant Guizhou Wei Shi Ke Ji You Xian Gong Si (using Amazon shop name "KOVIZE") ("GWSK") (Defendant No. 59 on Schedule A to the Complaint), moves the Court to dismiss the Complaint as against Defendant GWSK on the grounds and for the reasons stated with particularity in the accompanying memorandum and declaration in support thereof.

A proposed order is submitted herewith.

*Certification:* **I certify that a good faith effort has been made to resolve this motion without court intervention.**

| | |
|---|---|
| DATED: January 3, 2024. | Respectfully submitted,<br>LAW OFFICES OF CRAIG C. REILLY, ESQ.<br>by Counsel |

/s/ Craig C. Reilly
By: Craig C. Reilly
VSB #20942
LAW OFFICES OF CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, Virginia 22314
craig.reilly@ccreillylaw.com
Phone: 703-549-5354
Fax: 703-549-5355

*Of counsel:*
Brian N. Platt (*pro hac vice* to be filed)
Utah State Bar No. 17099
Kenneth J. Dyer (*pro hac vice* to be filed)
Cal. State Bar No. 191192
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800 (main line)
(801) 328-1707 (facsimile)
bplatt@wnlaw.com

*Attorneys for GWSK*