# MOTION HEARING

Date: 1/26/2024      Judge: Michael S. Nachmanoff
Reporter: Diane Salters
Start: 9:54 am      Deputy Clerk: Lynnelle Creek
Finish: 9:58 am

**Civil Action Number: 1:23-cv-1563**

**Thousand Oaks Barrel Co., LLC**

vs.

**The Partnerships, Companies, and Unicorporated Associations Identified on Schedule A**

Appearance of Counsel for (✓)Pltf - (Joseph Zito and Kendal Sheets)
                            (✓) Deft- (Craig Reilly)

1. **Motion to Dismiss by Deft no. 59 (Dkt 103)**
   - Without prejudice.

Argued &
(✓) Granted   (  ) Denied   (  ) Granted in part/Denied in part
(  ) Taken Under Advisement   (  ) Continued to

(  ) Report and Recommendation to Follow
(✓) Order to Follow