UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC,<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>*Defendants.* | Case Number 1:23-cv-1563 (MSN/LRV) |

## ORDER

This matter comes before the Court on Defendant Guizhou Wei Shi Ke Ji You Xian Gong Si's, d/b/a Kovize, Motion to Dismiss (Dkt. 103). For the reasons state in open court, it is hereby

**ORDERED** that the motion is **GRANTED**, and the claims against Defendant Kovize are **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED.
/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

January 26, 2024
Alexandria, Virginia

1