UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC,<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS, COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>*Defendants.* | Case Number 1:23-cv-1563 (MSN/LRV) |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Lindsey R. Vaala on October 23, 2024 (ECF 276) ("Recommendation").[1] Having reviewed the record and Judge Vaala's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full, except as it applies to Defendant No. 134, EACHHOME, and Defendant No. 90, Futura+ Products, each of which was subsequently dismissed from this case; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 106) is GRANTED; and it is further

**ORDERED** that judgment by default in the total sum of $5.00 per infringing unit sold by the Defaulting Defendants, plus reasonable costs and attorneys' fees to be determined by the Court, is entered against Defendant's in Plaintiff's favor; and it is further

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Vaala's Recommendation was November 6, 2024. Because no such objections have been filed, the Court embraces Judge Vaala's analysis without reservation.

**ORDERED** that Plaintiff shall file any motion for reasonable costs and attorneys' fees within fourteen (14) days of the date of this Order.

The Clerk is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

February 20, 2025
Alexandria, Virginia